AO 245B (CASDRev. 08/14) Judgment in a Petty Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 18 MAR 22 AM 8:11

UNITED STATES OF AMERICA
v.
Miguel Angel Martinez-Cruz
AKA Josue Angel Martinez-Leon

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 18cr1420-NLS

Rebecca Fish, Federal Defenders Inc.
Defendant's Attorney

**REGISTRATION NO.** 67906298

The Defendant:

☒ pleaded guilty to count(s)    1 of the Information

☐ was found guilty on count(s) _____
    after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1325 | Improper Entry by an Alien (Misdemeanor) | 1 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) 2 of the Information    is    dismissed on the motion of the United States.

☒ Assessment: $10.00 - Remitted

☒ Fine waived    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

March 20, 2018
Date of Imposition of Sentence

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

18cr1420-NLS

| | |
|---|---|
| DEFENDANT: Miguel Angel Martinez-Cruz | Judgment - Page **2** of **2** |
| CASE NUMBER: 18cr1420-NLS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: Time served.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ A.M. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ on or before
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL